**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **PAUL CALLAHAN,** | |
| **Petitioner,** | |
| **v.** | **CIVIL ACTION NO.  22-1824** |
| **KEVIN RANSOM,** *et al.*, | |
| **Respondents.** | |

## ORDER

**AND NOW,** this 27th day of February 2026, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, and all related filings, and upon review of the Report and Recommendation of United States Magistrate Judge Scott W. Reid, and for the reasons discussed in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. The Report and Recommendation [Doc. No. 25] is **APPROVED** and **ADOPTED**, as set forth in the accompanying Memorandum Opinion;

2. The Petition for Writ of Habeas Corpus [Doc. No. 1] and all supplements and amendments thereto are **DENIED**;

3. Petitioner's requests for an evidentiary hearing, discovery, and appointment of counsel are **DENIED**;

4. There is no probable cause to issue a certificate of appealability; and

5. The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

---
**CYNTHIA M. RUFE, J.**